LEVI C. WAITE et al., Appellants, *v.* THE STATE OF NEW YORK, Respondent.

*Waite* v. *State of New York*, 151 App. Div. 948, affirmed. (Argued April 3, 1913; decided April 22, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered July 2, 1912, affirming a judgment in favor of plaintiffs entered upon a decision of the Court of Claims awarding damages for the permanent appropriation of land belonging to plaintiffs for canal purposes. Plaintiffs claimed that the award was inadequate.

*N. R. Holmes* and *Hugo Hirsh* for appellants.

*Thomas Carmody, Attorney-General* (*Wilber W. Chambers* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.